IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

MUHAMMED AHSAN
NASIR AHMEED, co-owners of
BELFAST VARIETY,
Appellant,
v.                                                        Civil Case No.:
UNITED STATES DEPARTMENT OF
AGRICULTURE; C/O TOM VILSACK,
in his official capacity as Secretary of the
United States Department of Agriculture,
Appellees.

### APPELLANT'S COMPLAINT AND REQUEST FOR JUDICIAL REVIEW PURSUANT TO 7 U.S.C. § 2023 AND 7 CFR § 279.7

**NOW COMES** Muhammed Ahsan and Nasir Ahmeed as the co-owners of "Belfast Variety" (Appellant), by and through its attorneys, Aaron Fethke, Esq. and Fethke Law Offices, and moves this Court for Judicial Review of a Final Agency Decision withdrawing Appellant's participation in the Supplemental Nutrition Program ("SNAP") by the Food and Nutrition Services ("FNS") of the United States Department of Agriculture ("USDA"), and for reasons state:

### PARTIES

1. The Appellant, Muhammed Ahsan and Nasir Ahmeed are the owners of "Belfast Variety," a retail food store and a Maine company, licensed to do business in the State of Maine, and all times relevant herein, conducting business in the State of Maine. In addition, Belfast Variety was initially authorized to accept SNAP benefits from consumers on July 8, 2021.

2. The United States Department Agriculture is an agency of the United States, and Tom Vilsack serves as the Secretary of the United States Department of Agriculture. ("Appellees'"). At all times relevant herein, Appellees were responsible for administrating the SNAP program by FNS.

### JURISDICTION

3. Pursuant to 7 U.S.C. 2023(a)13 and 7 CFR 297.7, the Appellant asserts this claim against the United States of America seeking judicial review of the Final Notice of Determination/Final Agency Decision rendered by the USDA on April 22, 2022.

## COUNT I

4. Appellant hereby incorporates the above-referenced paragraphs as if restated herein for reference.

5. On April 22, 2022, USDA, acting as an agency of the United States, rendered a Final Agency Decision ("FAD") sustaining the determination to withdraw the authorization of Appellant Belfast Variety to participate as a SNAP retail food store. This determination was rendered by FNS Retailers Operation Division on October 20, 2021, based on Appellant's alleged inability to meet the requirements of Criterion A and alleged ineligibility under Criterion B of 7 CFR §278.1(b)(1), and that authorization under the Need for Access Provision was inappropriate. (FAD attached to this Complaint as Exhibit 1).

6. Appellant contends that the evidence does not support nor establish that Belfast Variety does not meet the requirements of Criterion A and Criterion B, but rather that receipts and invoices demonstrate that the requirements to participate as a SNAP retail food store were met at all relevant times. Furthermore, Appellees failed to thoroughly investigate Appellant's application, premises, operations, documentation, and the Need for Access requirements.

7. Appellees did not have a proper basis for withdrawing Appellant's authorization.

8. A preponderance of the evidence that Appellees considered in issuing the FAD did not support its decision to withdraw the authorization to participate granted to Appellant.

9. Appellees decision to withdraw Appellant's SNAP authorization was invalid, unreasonable, arbitrary and capricious, and unsupported by the administrative record and all other evidence available to it.

10. Appellees withdrawal of Appellant's SNAP authorization was not rationally related to any legitimate governmental interest.

11. Withdrawal of Appellant's SNAP authorization is inconsistent with Congressional intent in enacting the Food and Nutrition Act of 2008.

12. Appellees withdrawal of Appellant's SNAP authorization represents agency action beyond the scope of authority granted by Congress to FNS when it delegated power to promulgate and enforce reasonable regulations in the Food and Nutrition Act of 2008.

13. The FAD is FNS's final administrative determination related to the withdrawal of Appellant's SNAP authorization.

14. The FAD is subject to judicial review and a trial de novo pursuant to 7 U.S.C. §§2023(a)(13), (15) and Appellant requests such a trial.

15. Judicial reviews pursuant to 7 U.S.C. §§2023(a) are not governed by the Administrative Procedure Act and the evidence is not limited to the administrative record prepared by FNS.

16. The FAD was based on an arbitrary and capricious interpretation of the Food and Nutrition Act of 2008 and FNS's SNAP regulations.

17. FNS withdrew Appellant's SNAP authorization in violation of the Food and Nutrition Act of 2008 and FNS's SNAP regulations.

18. FNS's withdrawal of Appellant's SNAP authorization was premised upon an erroneous, unsupportable, and arbitrary and capricious interpretation of 7 C.F.R. §278.1.

19. In issuing the FAD, FNS acted arbitrarily and capriciously by failing to consider all information submitted by or related to Appellant.

20. Appellant respectfully requests a de novo review of FNS's FAD which affirmed the withdrawal of its SNAP authorization.

WHEREFORE, Appellant respectfully requests that this Court, after conducting a de novo review of the FAD, enter judgment in its favor and against the United States, and issue an Order granting the following relief:

(a) Reversing the FAD;
(b) Vacating FNS's Initial Determination;
(c) Preliminarily enjoining FNS from withdrawing Appellant's authorization to participate in SNAP during the pendency of this action;
(d) Permanently enjoining FNS from withdrawing Appellant's authorization to participate in SNAP based upon the Initial Determination and/or the FAD;
(e) Awarding Appellant an amount equal to its reasonable attorneys' fees and costs, including pursuant to the Equal Access to Justice Act; and
(f) Such other and further relief as the Court may deem just and proper.

**WHEREFORE**, Appellant respectfully requests that this Honorable Court reverse the final agency decision and grant such other and further relief as may be deemed just and proper.

Respectfully Submitted,

/s/ Aaron Fethke, Esq. /s/
Aaron Fethke, Esq.
Fethke Law Offices
167 E Main Street
Searsport, ME 04974
(207) 548-6311
AFethke@fethkelaw.com